George W. Konchar, Appellant, v. William G. Knox, Lucille Daily Knox, and K & K Excavators, Inc., Appellees.

Gen. No. 46,679. (Abstract of Decision.)

First District, Third Division.

October 13, 1955.

Released for publication November 10, 1955.

Hubbard, Hubbard & Dorgan, for appellant; Sladkey, Lanham, Olds & Swanstrom, for appellee; Jerome J. Sladkey, and George P. Novak, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.